**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **OMNI TECHNOLOGIES, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION 20-0175-WS-B** |
| | ) | |
| **KNOW INK, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

On September 29, 2021, the undersigned was informed that the parties have reached a settlement of all claims and issues joined in this action.  In light of this development, it is **ORDERED** that this action be **DISMISSED** from the active docket of the Court, **with prejudice**, provided that any party may move to reinstate the action within **45 days** after the date of entry of this Order if the settlement agreement or other appropriate settlement documentation is not consummated.

No other order shall be forthcoming from the Court except upon application by any party for final judgment, as prescribed by Rule 58, Federal Rules of Civil Procedure.

Each party is to bear its own costs, unless otherwise agreed by the parties.

DONE and ORDERED this 30th day of September, 2021.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE